UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: John W. Tedford, Jr.

Case No. 18-11554
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:

889 Muitzeskill Road, Schodack Landing, NY 12156

| b. Name and address of Creditor:<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708<br><br>Has Creditor filed a proof of claim?<br><br>✔ Yes       No | Name, address, and telephone number of Creditor's attorney:<br>Courtney R. Williams, Esq.<br>Gross Polowy, LLC<br>1775 Wehrle Drive, Suite 100<br>Williamsville, NY 14221<br>(716) 204-1700 |
|---|---|

# PART II — LOSS MITIGATION PROGRAM

a. On 10/25/2021, a Loss Mitigation Request was filed by:

✔ Debtor(s).                           Other party: _____.

☐ Creditor.                            ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

✔ A Loss Mitigation Order was entered on 11/09/2021.

☐ The Loss Mitigation Order was served on 11/09/2021.

c. At this time, the Debtor(s) is/are:

✔ making on-going post-petition monthly mortgage payments in the amount of $2,002.00

  ✔ directly to the Creditor.

  ☐ to the standing trustee.

  ☐ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

  ✔ Yes     ☐ No

e. Creditor served a Request for Information and Documents on 11/12/2021.

   Debtor(s) served a Response to the Creditor's Request on 12/08/2021.

   ☐ All Information and Documents have been produced.

   ✔ The following Information and Documents are still outstanding:
   Signed 2020 tax return, January Profit & Loss statement, business bank statements
   _____.

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

   ☐ All Information and Documents have been produced.

   ☐ The following Information and Documents are still outstanding:
   _____
   _____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g.  The Loss Mitigation Parties have participated in  0  Loss Mitigation Session(s) and:

☐   A resolution has been reached.

✔   A resolution has not been reached because:

Debtor to provide further documents _____

_____.

h.  Prior Loss Mitigation Status Report (if applicable):

A Prior Loss Mitigation Status Report was submitted on  01/03/2022 .

A Prior Loss Mitigation Status Report was submitted on  02/04/2022 .

A Prior Loss Mitigation Status Report was submitted on  _____ .

i.  Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

_____

_____

_____

_____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
_____
_____

Dated: 04/08/2022

/s/ Michael J. O'Connor  
Name Michael J. O'Connor  
Firm  O'Connor First, P.C.  
Attorney(s) for Debtor(s)/Creditor  
Address 20 Corporate Woods Blvd. Albany NY 12211  
Telephone Number (518) 465-0400  
Email Address moconnor@oobf.com  
N.D.N.Y. Bar Roll Identification No. 601055

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)