UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: John W. Tedford, Jr

Case No. 18-11554
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:
889 Muitzeskill Road, Schodack Landing, NY 12156

b. Name and address of Creditor:
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Name, address, and telephone number of Creditor's attorney:
Courtney R. Williams, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
(716) 204-1700

Has Creditor filed a proof of claim?

✔ Yes       No

## PART II — LOSS MITIGATION PROGRAM

a. On 10/25/2021 , a Loss Mitigation Request was filed by:

✔ Debtor(s).                                    Other party: _____.

   Creditor.                                    The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

   ✔ A Loss Mitigation Order was entered on 11/09/2021 .

   ✔ The Loss Mitigation Order was served on 11/09/2021 .

c. At this time, the Debtor(s) is/are:

   ✔ making on-going post-petition monthly mortgage payments in the amount of $ 2,002.00

      ✔ directly to the Creditor.

         to the standing trustee.

         not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

   ✔ Yes        No

e. Creditor served a Request for Information and Documents on 11/12/2021 .

   Debtor(s) served a Response to the Creditor's Request on 12/08/2021.

      All Information and Documents have been produced.

   ✔ The following Information and Documents are still outstanding:

      Updated profit and loss statement for the past three months _____
      _____.

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

      All Information and Documents have been produced.

      The following Information and Documents are still outstanding:

      _____
      _____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g. The Loss Mitigation Parties have participated in _____ Loss Mitigation Session(s) and:

    ☐ A resolution has been reached.

    ✔ A resolution has not been reached because:

    Awaiting updated P&L Statement

h. Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on 01/03/2022.

    A Prior Loss Mitigation Status Report was submitted on 02/04/2022.

    A Prior Loss Mitigation Status Report was submitted on 4/8/20.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

Dated: 05/20/2022

/s/ Michael J. O'Connor
Name Michael J. O'Connor
Firm O'Connor First, P.C
Attorney(s) for Debtor(s)/Creditor
Address 20 Corporate Woods Blvd. Albany NY 12211
Telephone Number (518) 465-0400
Email Address moconnor@oobf.com
N.D.N.Y. Bar Roll Identification No. 601055

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)