UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: John W. Tedford

Debtor(s).

Case No. 18-11554
Chapter 13

## STIPULATION TERMINATING LOSS MITIGATION

Pursuant to the Loss Mitigation Program Procedures, the Loss Mitigation Parties agree and consent to the termination of Loss Mitigation prior to a Settlement. Concurrently with the filing of this Stipulation, the party that requested Loss Mitigation shall upload an Order Terminating Loss Mitigation and Final Report via the court's E-Order system.

Dated: 6/3/22

Name Michael J. O'Connor
Firm O'Connor, O'Connor, Bresee & First, P.C.
Attorney for Debtor(s)
Address 20 Corporate Woods Blvd., Albany, NY 12211
Telephone number (518) 465-0400
Email Address moconnor@oobf.com
N.D.N.Y. Bar Roll Identification No. 601055

Dated: 6/3/2022

/s/ Ehret Van Horn
Name Ehret Van Horn
Firm Gross Polowy LLC
Attorney(s) for Creditor Rushmore Loan Management Services, LLC
Address 1775 Wehrle Drive, Williamsville, NY 14221
Telephone number 716-204-1700
Email Address evanhorn@grosspolowy.com
N.D.N.Y. Bar Roll Identification No. 4658985

1

(LM:11 Stip. Terminating 03-15-2016)